**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SHARON MUNDY, | ) | |
| | ) | |
| Plaintiff, | ) | 2:22-cv-31 |
| | ) | |
| v. | ) | |
| | ) | Judge Marilyn J. Horan |
| CITY OF PITTSBURGH, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

AND NOW, on this 22nd day of March, upon consideration of Defendant's Motion for Summary Judgment, (ECF No. 76), accompanying brief, (ECF No. 77), and Concise Statement of Material Facts, (ECF No. 78), it is so ordered that Defendant's Motion for Summary Judgment, as to all Plaintiff's claims and counts in the Second Amended Complaint, is granted. Judgment is entered in favor of the Defendant and against Plaintiff as to all claims and counts within the Second Amended Complaint.

BY THE COURT:

Marilyn J. Horan
United States District Judge