IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARON MUNDY, | ) | |
| | ) | |
| Plaintiff, | ) | 2:22-cv-31 |
| | ) | |
| v. | ) | |
| | ) | Judge Marilyn J. Horan |
| CITY OF PITTSBURGH, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On January 7, 2022, Ms. Mundy filed a Complaint against Defendant, City of Pittsburgh. (ECF No. 4). Following the Court's grant of Defendant's Motion to Dismiss for Failure to State a Claim, (ECF No. 8), Ms. Mundy filed an Amended Complaint on June 22, 2022. (ECF No. 24). On September 14, 2022, the Court held a Status Conference, outlining the schedule for filing a Second Amended Complaint. On October 6, 2022, Ms. Mundy filed her Second Amended Complaint. (ECF No. 36). On October 28, 2022, Defendant filed a Motion to Dismiss the Second Amended Complaint. (ECF No. 41). On December 22, 2022, the Court issued its Memorandum Opinion and Order, regarding Defendant's Motion to Dismiss the Second Amended Complaint. (ECF Nos. 46 & 47). The Court's Order granted in part and denied in part Defendant's Motion to Dismiss the Second Amended Complaint; three claims remained the case. (ECF No. 47).

On January 26, 2022, Defendant filed and Answer to the Second Amended Complaint. (ECF No. 48). On February 22, 2022, an Initial Case Management Conference was held. (ECF No. 53). Also on February 22, 2022, the Court filed a Case Management Order, setting the fact discovery deadline for July 22, 2023. On July 28, 2023, Defendant filed a Motion to Compel Discovery

Responses, a Motion for Sanctions, and an accompanying brief. (ECF Nos. 62 & 63). A Post-Discovery Status Conference was held on July 31, 2023, during which, Defendant's Motion to Compel Discovery Responses was discussed. (ECF No. 64). On August 3, 2023, Ms. Mundy filed her Response to Defendant's Motion to Compel Discovery Responses and Motion for Sanctions. (ECF No. 65). On August 4, 2023, the Court ordered Ms. Mundy to comply with Defendant's discovery requests and that all discovery was to be completed by September 25, 2023. (ECF No. 67). The Court deferred its ruling on the Motion for Sanctions. (*Id.*). On October 20, 2023, Defendant filed a renewed Motion for Sanctions. (ECF No. 70). On October 23, 2023, the Court ordered Ms. Mundy to respond to Defendant's Renewed Motion for Sanctions by November 3, 2023 and cancelled the pending Post-Discovery Status Conference scheduled for November 7, 2023. (ECF No. 71). The Court also scheduled a hearing on the Motion for Sanctions for November 30, 2023.

On December 4, 2023, after consideration of the briefings and argument presented at the November 30, 2023, motion hearing, the Court ordered discovery closed, and set the deadline for the filing of any dispositive motions for January 3, 2024. (ECF No. 75). On December 4, 2023, this Order was mailed to Ms. Mundy.

On January 3, 2024, Defendant filed a Motion for Summary Judgment, supporting brief, and Concise Statement of Material Facts. (ECF Nos. 76-78). Ms. Mundy's response to Defendant's Motion for Summary Judgment was due January 31, 2024. Ms. Mundy did not file a response by said date. Instead, on January 31, 2024, Ms. Mundy filed a Motion to Extend Time for Discovery, wherein she asked for a two-month extension so she could depose individuals employed by defendant. (ECF No. 79). To afford Ms. Mundy additional time to respond to Defendant's Motion for Summary Judgment, the Court extended her response due date until

February 8, 2024. (ECF No. 81). On February 5, 2024, the Court denied Ms. Mundy's Motion to Extend Time for her to conduct discovery from Defendant. (ECF No. 83). On February 8, 2024, Ms. Mundy filed a Motion for Clarification, seeking further discovery from Defendant. (ECF No. 84). On February 9, 2024, the Court denied Ms. Mundy's Motion for further discovery, noting that Discovery was closed on December 4, 2023, and that Ms. Mundy had been provided an extension to February 8, 2024, to respond to Defendant's Motion for Summary Judgment. (ECF No. 85). Ms. Mundy did not file a response to Defendant's Motion for Summary Judgment by February 8, 2024, nor did she file any response after said date. On March 21, 2024, Ms. Mundy filed a Motion for Reconsideration, asking the Court to reconsider her Motion for Clarification, which sought further discovery. (ECF No. 86).

AND NOW, on this 25th day of March, upon consideration of the history and circumstances of this case, as described above, Ms. Mundy's Motion for Reconsideration is denied. For the reasons stated in the Court's March 22, 2024 Memorandum Opinion, and pursuant to the Court's March 22, 2024 Order, judgment is entered in favor of Defendant as to all counts and claims of the Second Amended Complaint. The Clerk shall mark this case as closed.

BY THE COURT:

Marilyn J. Horan
United States District Judge